1  RICHARD K. WELSH (SBN 208825)
   rwelsh@akingump.com
2  FELIX LEBRON (SBN 232984)
   flebron@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
4  Los Angeles, CA 90067
   Telephone:   310-229-1000
5  Facsimile:   310-229-1001

6  Attorneys for Plaintiffs BURTON WAY
   HOTELS, LTD.; BURTON WAY HOTELS,
7  LLC; and ACC COMPANY

8  FORREST HAINLINE (SBN 64166)
   fhainline@goodwinprocter.com
9  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
10 San Francisco, CA 94111-4003
   Telephone:   (415) 733-6000
11 Facsimile:   (415) 677-9041

12 Attorneys for Defendant FOUR SEASONS
   HOTELS LIMITED

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BURTON WAY HOTELS, LTD., a California limited partnership; BURTON WAY HOTELS, LLC, a Delaware limited liability company; and ACC COMPANY, a California general partnership,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FOUR SEASONS HOTELS LIMITED, a Ontario (Canada) corporation,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00303 PSG (PLAx)<br><br>The Hon. Philip S. Gutierrez<br><br>Magistrate Judge: The Hon. Paul L. Abrams<br><br>**ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER (F.R.C.P. 26(C))**<br><br>Ctrm: G (Spring Street Bldg)<br><br>Complaint Filed: January 11, 2011 |

The Court, having reviewed the parties' Joint Stipulation for Entry of Stipulated Protective Order (F.R.C.P. 26(c)) ("Joint Stipulation"), and for good cause shown pursuant to Fed. R. Civ. Proc. 26(c), hereby approves the entry of the Stipulated Protective Order attached to the Joint Stipulation as Exhibit A, **as modified**.

**IT IS SO ORDERED.**

Dated: June 21, 2011  By /s/ Paul L. Abrams
  Honorable Paul L Abrams