Forrest A. Hainline III (SBN 64166)
*fhainline@goodwinprocter.com*
Patrick S. Thompson (SBN160804)
*pthompson@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Anthony Feeherry (*pro hac vice*)
*afeeherry@goodwinprocter.com*
Jennifer Schultz (*pro hac vice*)
*jschultz@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109-4003
Tel: (617) 570-1000
Fax: (617) 523-1231

Hong-An Vu (SBN 266268)
*hvu@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673

Attorneys for Defendant
**FOUR SEASONS HOTELS LIMITED**

E-FILED-11/14/14

LINK# 479

\*\*\*NOTE CHANGES MADE BY COURT\*\*\*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BURTON WAY HOTELS, LTD., a California limited partnership; BURTON WAY HOTELS, LLC, a Delaware limited liability company; and ACC COMPANY, a California general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>FOUR SEASONS HOTELS LIMITED, a Ontario (Canada) corporation,<br><br>Defendant. | Case No. 11-cv-00303-PSG (PLAx)<br><br>[PROPOSED] **JUDGMENT TO ENFORCE THE ARBITRATION AWARD**<br><br>Ctrm: 880, Roybal Federal Building<br>Judge: Hon. Philip S. Gutierrez |

Based upon this Court's Order GRANTING Four Seasons' Motion to Confirm and Enforce the Arbitration Award and DENYING Burton Way's Motion to Vacate the Award, ECF No. 478, and pursuant to Cal. Civ. Code §3289, Cal. Civ. Proc. Code §685.010, and 28 U.S.C. §1961,

**IT IS HEREBY ORDERED, JUDGED AND DECREED:**

(1) The state interest rate of 10% shall accrue daily to the arbitration award of $10,239,166.00 from August 26, 2014 being the date of the final award (in the amount of $2,805.25 per day), until this judgment enters (collectively, the "Final Judgment Amount");

(2) The federal rate, pursuant to 28 U.S.C. §1961, shall apply to the Final Judgment Amount from the date of entry of this judgment;

(3) If Plaintiffs seek to appeal, the supersedeas bond posted pending appeal shall use the Final Judgment Amount plus the interest accrued pursuant to item (2) above as the base amount.

**NOW THEREFORE** a judgment in the following amount shall be entered against Plaintiffs Burton Way Hotels, Ltd., Burton Way Hotels, LLC, and ACC Company payable to Defendant, Four Seasons Hotels Limited, the prevailing party in this matter: **$10,239,166.00 with 10% simple interest accruing daily** (in the amount of $2,805.25 per day) to the date hereof, totaling $224,420.--- , plus the federal rate of interest after the date hereof, at .11% Annum plus any additional amount ordered by the Court pursuant to Four Seasons' forthcoming Motion for Fees.

Dated: 11/14/14 , 2014

HON. PHILLIP S. GUTIERREZ
JUDGE OF THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ACTIVE/80437620.2

1